UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CASE NO. C-17-245 |
| § | |
| JOSE MANUEL SAIZ-PINEDA § | |
| MARTIN ALBERTO MEDINA-SONDA § | |
| § | |

## MOTION TO DISMISS ORIGINAL INDICTMENT

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney, and Julie K. Hampton, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to dismiss the Original Indictment without prejudice, in the above referenced case as to JOSE MANUEL SAIZ-PINEDA and MARTIN ALBERTO MEDINA-SONDA, in the interest of justice.

Respectfully submitted,
RYAN K. PATRICK
UNITED STATES ATTORNEY

By:    */s/ Julie K. Hampton*
JULIE K. HAMPTON
Assistant United States Attorney
Texas Bar No. 24032269
Southern District No. 431286
800 N. Shoreline Blvd., Suite 500
One Shoreline Plaza
Corpus Christi, Texas 77401
Tel. (361) 888-3111

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Motion to Dismiss the Original Indictment and Proposed Order as to defendants JOSE MANUEL SAIZ-PINEDA and MARTIN ALBERTO MEDINA-SONDA, have been delivered to the, attorneys for defendants via ECF, on this day August 30, 2019.

                                                                                                 */s/ Julie K. Hampton*
                                                                                JULIE K. HAMPTON
                                                                                 Assistant United States Attorney