UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
August 30, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. C-17-245 |
| JOSE MANUEL SAIZ-PINEDA<br>MARTIN ALBERTO MEDINA-SONDA | § § § | |

## ORDER DISMISSING ORIGINAL INDICTMENT

It is hereby ORDERED that the above-entitled and numbered Original Indictment be DISMISSED, *without prejudice* as to the above named Defendants.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE on this ___ day of  8/30/19 , 2019.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE